**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Mary Whelan,                                                Civil No. 13-26 (DWF/LIB)

          Plaintiff,

v.                                                      **ORDER ADOPTING REPORT**
                                                           **AND RECOMMENDATION**

Golden Shovel Agency, LLC;
Ronald Kresha; and John Does 1-20,

          Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Bribois dated July 15, 2013.  No objections have been filed to that Report and Recommendation in the time period permitted.  The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.  Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

      1.      Magistrate Judge Leo I. Brisbois's July 15, 2013 Report and Recommendation (Doc. No. [6]) is **ADOPTED**.

      2.      Plaintiff's Complaint (Doc. No. [1]) is **DISMISSED WITHOUT PREJUDICE** for failure to effect service and for lack of prosecution unless Plaintiff,

within the 14-day deadline to object to the Report and Recommendation, can provide proof of service or show good cause for an extension of time to serve Defendant.

Dated:  August 14, 2013            s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge